JACK H. REMINGTON, PROSECUTOR, v. LAUTER PIANO
COMPANY ET AL., DEFENDANTS.

Submitted May 12, 1933—Decided October 3, 1933.

Before Justices PARKER, LLOYD and PERSKIE.

For the prosecutor, *Herman L. Fast.*

For the defendants, *Elias A. Kanter.*

PER CURIAM.

The state of the case is rather confused, and there is no return to the writ of *certiorari* in proper form. From the case and briefs we gather that prosecutor wishes this court to set aside an order in the District Court opening a judgment, and on the ground that the application to open the judgment and allow a new trial was made more than thirty days after rendition of the judgment. *Comp. Stat., p.* 1959, § 17. See *Schubert* v. *District Court,* 10 *N. J. Mis. R.* 414; 159 *Atl. Rep.* 615; *Clarke* v. *Lubin,* 4 *N. J. Mis. R.* 518; 133 *Atl. Rep.* 405. The answer is that the application was within the statutory exception, as based on newly discovered evidence.

Assuming there is a record before us, there is no proof on the issue of fact that we should consider. The affidavits for and against allowance of the writ have spent their force. *Linzmayer* v. *Baird,* 5 *N. J. Mis. R.* 362; 136 *Atl. Rep.* 510. This is elementary. Moreover, the evidence taken at the first trial is not presented. *Clarke* v. *Lubin, supra.* In short, there is nothing before us to support the prosecutor's claim. The writ is dismissed, with costs.